# United States Court of Appeals
## For the First Circuit

No. 07-2739

ANTONIO COSTA-URENA, ET AL.,,

Plaintiffs, Appellees,

v.

MILTON SEGARRA,ET AL.,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on December 22, 2009 is amended as follows:

Page 17, line 22, should read: "For example, they did not introduce evidence of the wages they would have earned in other career positions had they not been terminated outright from agency employ."